**FILED**
**NOVEMBER 16, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6511**

Steven G. Lisa (Ill. State Bar # 6187348)
Jon E. Kappes (Ill. State Bar # 6291678)
Law Offices of Steven G. Lisa, Ltd.
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Tel. & Fax: (312) 752-4357

Attorneys for Plaintiff

**JUDGE GUZMAN**
**MAGISTRATE JUDGE DENLOW**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**LI**

| | |
|---|---|
| CAMBRIDGE TECHNOLOGY DEVELOPMENT, INC., a Massachusetts Corporation, <br>     Plaintiff, <br><br> vs. <br><br> MICROSOFT CORPORATION, a Washington Corporation, <br>     Defendant. | No. _____ <br><br><br><br> NOTICE OF CLAIM <br> INVOLVING A PATENT |

    Pursuant to Local Rule 3.4, Plaintiff, Cambridge Technology Development, Inc., files this notice of claim involving patents, which provides the information required by 35 U.S.C. § 290:

Plaintiff:

    Cambridge Technology Development, Inc.
    20 Rolling Lane
    Weston, Massachusetts 02493

Defendant:

    Microsoft Corporation
    One Microsoft Way

PATENT NOTICE - 1

LAW OFFICES OF
**STEVEN G. LISA, LTD.**
A Professional Corporation
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone and Facsimile: (312) 752-4357

Redmond, Washington  98052-6399

<u>Inventor</u>: Dr. Edward Bullister.

<u>U.S. Patent Number</u>: 6,172,665.

RESPECTFULLY SUBMITTED this 16th day of November, 2007.

        STEVEN G. LISA, LTD.

        By:   s/Steven G. Lisa

Steven G. Lisa (Ill. State Bar # 6187348)
Law Offices of Steven G. Lisa, Ltd.
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Tel. & Fax: (312) 752-4357

Attorney for Plaintiff

LAW OFFICES OF
**STEVEN G. LISA, LTD.**
A Professional Corporation
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone and Facsimile: (312) 752-4357