IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| CAMBRIDGE TECHNOLOGY DEVELOPMENT, INC.,<br><br>*Plaintiff*,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>*Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:07-cv-06511<br>Judge Ronald A. Guzman |

**DEFENDANT'S DISCLOSURE PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.2**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Microsoft Corporation submits that it has no parent corporations, that no publicly held company owns ten percent (10%) or more of Microsoft Corporation's stock, and that no entity owns more than five percent (5%) of the corporation.

Dated:  January 8, 2008

Respectfully submitted,

/s/ Laura L. Kolb

Richard F. O'Malley, Jr.
Louis E. Fogel
Laura L. Kolb
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

*Attorneys for Microsoft Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the forgoing Motion for Extension of Time to Answer or Otherwise Plead was electronically filed with the Clerk of Court using the CM/ECF system, and served by email transmission upon each of the below attorneys for plaintiffs this 8th day of January, 2008:

    Steven G. Lisa / SteveLisa@patentit.us
    Jon E. Kappes / JonKappes@patentit.us
    Law Offices of Steven G. Lisa, Ltd.
    55 W. Monroe Street, Suite 3200
    Chicago, IL 60603
    Tel. & Fax.: (312) 752-4357

    Victoria Gruver Curtin / Victoria@vcurtin.com
    Victoria Gruver Curtin, P.L.C.
    14614 N. Kierland Blvd., Ste. 300
    Scottsdale, Arizona  85254
    Tel.:  (480) 998-3547
    Fax:  (480) 948-3387

                                                 /s/ Laura L. Kolb