IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMBRIDGE TECHNOLOGY DEVELOPMENT, INC., | No. 1:07-cv-06511 |
| *Plaintiff*, | Judge Ronald A. Guzman |
| vs. | |
| MICROSOFT CORPORATION, | |
| *Defendant*. | |

**AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant Microsoft Corporation ("Microsoft") respectfully requests an extension of time to February 11, 2008 to file a responsive pleading to Plaintiff's complaint, and further requests to reschedule the initial status hearing in the case to February 27, 2008. In support of this motion, Defendant states as follows:

1. Plaintiff served Defendant Microsoft with the complaint on December 21, 2007.

2. Defendant Microsoft's answer or other pleading would be due January 10, 2008.

3. Counsel for the parties have conferred, and subject to the Court's approval, Plaintiff's counsel has no objection to an extension until February 11, 2008, for Defendant Microsoft to answer or otherwise plead. This is the first request by Defendant for an extension.

4. In addition, prior to Defendant being served, the Court set the initial status hearing for January 16, 2008. In light of Defendant's need for additional time to answer or otherwise plead, and subject to the Court's approval, Plaintiff's counsel has no objection to rescheduling the initial status hearing to February 27, 2008.

WHEREFORE, Microsoft requests that the Court enter an order extending the time for it to answer or otherwise plead to February 11, 2008, and reschedule the initial status hearing for February 27, 2008, or the next convenient date for the Court.

Dated:  January 8, 2008                                         Respectfully submitted,

/s/ Laura L. Kolb

Richard F. O'Malley, Jr.
Louis E. Fogel
Laura L. Kolb
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

*Attorneys for Microsoft Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the forgoing Motion for Extension of Time to Answer or Otherwise Plead was electronically filed with the Clerk of Court using the CM/ECF system, and served by email transmission upon each of the below attorneys for plaintiffs this 8th day of January, 2008:

    Steven G. Lisa / SteveLisa@patentit.us
    Jon E. Kappes / JonKappes@patentit.us
    Law Offices of Steven G. Lisa, Ltd.
    55 W. Monroe Street, Suite 3200
    Chicago, IL 60603
    Tel. & Fax.: (312) 752-4357

    Victoria Gruver Curtin / Victoria@vcurtin.com
    Victoria Gruver Curtin, P.L.C.
    14614 N. Kierland Blvd., Ste. 300
    Scottsdale, Arizona  85254
    Tel.:  (480) 998-3547
    Fax:  (480) 948-3387

                                          /s/ Laura L. Kolb