IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMBRIDGE TECHNOLOGY DEVELOPMENT, INC., <br><br> *Plaintiff*, <br><br> vs. <br><br> MICROSOFT CORPORATION, <br><br> *Defendant*. | ) <br> ) No. 1:07-cv-06511 <br> ) Judge Ronald A. Guzman <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

Pursuant to Federal Rule of Civil Procedure 4(l) and Local Rule 5.5, Plaintiff Cambridge Technology Development, Inc. herewith files a copy of the Affidavit of Service corresponding to the service of the complaint upon Defendant Microsoft Corporation.

Date: January 15, 2008

Respectfully submitted,

s/ Jon E. Kappes

Steven G. Lisa
Jon E. Kappes
Law Offices of Steven G. Lisa, Ltd.
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Tel. & Fax.: (312) 752-4357

Victoria Gruver Curtin
Victoria Gruver Curtin, P.L.C.
14555 North Scottsdale Road, Suite 160
Scottsdale, AZ 85254
Telephone: (480) 998-3547

*Attorneys for Cambridge Technology Development Inc.*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the forgoing Affidavit of Service was electronically filed with the Clerk of Court using the CM/ECF system, and served by email transmission upon each of the below attorneys for defendants this 15th day of January, 2008:

    Richard Francis O'Malley / romalley@sidley.com
    Laura L. Kolb / lkolb@sidley.com
    Louis E Fogel / lfogel@sidley.com
    Sidley Austin LLP
    One South Dearborn Street
    Chicago, IL 60603
    Tel.: (312) 853-7000
    Fax: (312) 853-7036

                                        s/ Jon E. Kappes

                                        Jon E. Kappes
                                        Law Offices of Steven G. Lisa, Ltd.
                                        55 West Monroe Street
                                        Suite 3200
                                        Chicago, Illinois 60603
                                        Tel. & Fax: (312) 752-4357

# Affidavit of Process Server

| Cambrige Technology | vs | Microsoft Corporation | 07C 6511 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I __Aaron Willoughby__,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Microsoft Corporation__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ __Summons / Complaint / Notice of Claim Involving Patent__

by serving (NAME) __Wanda Massey Authorize to Accept Service__

at ☐ Home _____
☒ Business __33 North LaSalle St Chicago IL__
☒ on (DATE) __12-21-07__ at (TIME) __11:50 Am__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Wanda Massey__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ DATE TIME, ( )_____ DATE TIME,
( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME

**Description:**
☐ Male ☐ White Skin ☒ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☒ Female ☒ Black Skin ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☐ 5'0"-5'3" ☐ 100-130 Lbs.
☐ Yellow Skin ☐ Blond Hair ☐ 36-50 Yrs. ☒ 5'4"-5'8" ☒ 131-160 Lbs.
☐ Brown Skin ☐ Gray Hair ☐ Mustache ☒ 51-65 Yrs. ☐ 5'9"-6'0" ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois   County of Cook

SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this __21__ day of __December__, 20__07__

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.