IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMBRIDGE TECHNOLOGY DEVELOPMENT, INC.,<br><br>    *Plaintiff*,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>    *Defendant*. | No. 1:07-cv-06511<br>Judge Ronald A. Guzman |

**AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant Microsoft Corporation ("Microsoft") respectfully requests an extension of time to March 10, 2008 to file a responsive pleading to Plaintiff's complaint, and further requests to reschedule the initial status hearing in the case to April 2, 2008. In support of this motion, Defendant states as follows:

1. Plaintiff served Defendant Microsoft with the complaint on December 21, 2007.

2. On January 14, 2008, the Court granted Defendant Microsoft's agreed motion for an extension of time to answer or otherwise plead to February 11, 2008.

3. Due to a family medical emergency, Microsoft's counsel Stacy Quan has had to cancel her plans to travel to Chicago to participate in settlement talks previously scheduled for February 7, 2008.

4. Counsel for the parties will reschedule the settlement talks so that Ms. Quan is able to participate.

5. In light of the above and subject to the Court's approval, Plaintiff's counsel has no objection to an extension until March 10, 2008, for Defendant Microsoft to answer or otherwise plead.

6. The initial status hearing in this case is currently set for February 27, 2008. In light of the above and subject to the Court's approval, Plaintiff's counsel has no objection to rescheduling the initial status hearing to April 2, 2008.

WHEREFORE, Microsoft requests that the Court enter an order extending the time for it to answer or otherwise plead to March 10, 2008, and reschedule the initial status hearing for April 2, 2008, or the next convenient date for the Court.

Dated:  February 6, 2008              Respectfully submitted,

/s/ Laura L. Kolb

Richard F. O'Malley, Jr.
Louis E. Fogel
Laura L. Kolb
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

*Attorneys for Microsoft Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the forgoing Motion for Extension of Time to Answer or Otherwise Plead was electronically filed with the Clerk of Court using the CM/ECF system, and served by email transmission upon each of the below attorneys for plaintiffs this 6th day of February, 2008:

Steven G. Lisa / SteveLisa@patentit.us
Jon E. Kappes / JonKappes@patentit.us
Law Offices of Steven G. Lisa, Ltd.
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
Tel. & Fax.: (312) 752-4357

Victoria Gruver Curtin / Victoria@vcurtin.com
Victoria Gruver Curtin, P.L.C.
14614 N. Kierland Blvd., Ste. 300
Scottsdale, Arizona 85254
Tel.: (480) 998-3547
Fax: (480) 948-3387

/s/ Laura L. Kolb