IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMBRIDGE TECHNOLOGY DEVELOPMENT, INC., <br><br> *Plaintiff*, <br><br> vs. <br><br> MICROSOFT CORPORATION, <br><br> *Defendant*. | No. 1:07-cv-06511 <br> Judge Ronald A. Guzman |

**NOTICE OF AGREED MOTION
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

To:   Steven G. Lisa (SteveLisa@patentit.us)
      Jon E. Kappes (JonKappes@patentit.us)
      Victoria Gruver Curtin (Victoria@vcurtin.com)

PLEASE TAKE NOTICE that on Tuesday, February 12, 2008 at 9:30 a.m., at the scheduled time for the Court to hear motions, we shall appear before the Honorable Ronald A. Guzman, in the courtroom usually occupied by him, Room 1219, at 219 South Dearborn Street, Chicago, Illinois, and then and there present the Agreed Motion for Extension of Time to Answer or Otherwise Plead, which is hereby served upon you.

Dated:  February 6, 2008

                                          Respectfully submitted,

                                          /s/ Laura L. Kolb

                                          Richard F. O'Malley, Jr.
                                          Louis E. Fogel
                                          Laura L. Kolb
                                          SIDLEY AUSTIN LLP
                                          One South Dearborn Street
                                          Chicago, Illinois 60603
                                          Telephone: (312) 853-7000
                                          Facsimile: (312) 853-7036

                                          *Attorneys for Microsoft Corporation*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the forgoing Notice of Motion for Extension of Time to Answer or Otherwise Plead was electronically filed with the Clerk of Court using the CM/ECF system, and served by email transmission upon each of the below attorneys for plaintiffs this 6th day of February, 2008:

    Steven G. Lisa / SteveLisa@patentit.us
    Jon E. Kappes / JonKappes@patentit.us
    Law Offices of Steven G. Lisa, Ltd.
    55 W. Monroe Street, Suite 3200
    Chicago, IL 60603
    Tel. & Fax.: (312) 752-4357

    Victoria Gruver Curtin / Victoria@vcurtin.com
    Victoria Gruver Curtin, P.L.C.
    14614 N. Kierland Blvd., Ste. 300
    Scottsdale, Arizona  85254
    Tel.:  (480) 998-3547
    Fax:  (480) 948-3387

                                                  /s/ Laura L. Kolb

CH1 4143147v.1