IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMBRIDGE TECHNOLOGY DEVELOPMENT, INC., <br><br> *Plaintiff*, <br><br> vs. <br><br> MICROSOFT CORPORATION, <br><br> *Defendant*. | No. 1:07-cv-06511 <br> Judge Ronald A. Guzman |

**AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant Microsoft Corporation ("Microsoft") respectfully requests an extension of time to March 24, 2008 to file a responsive pleading to Plaintiff's complaint. In support of this motion, Defendant states as follows:

1. Plaintiff served Defendant Microsoft with the complaint on December 21, 2007.

2. On February 7, 2008, the Court granted Defendant Microsoft's agreed motion for an extension of time to answer or otherwise plead to March 10, 2008.

3. The parties are currently finalizing the details of a written agreement that will settle this case.

4. The parties expect to file an agreed motion to dismiss the case shortly.

5. In light of the above and subject to the Court's approval, Plaintiff's counsel has no objection to an extension until March 24, 2008, for Defendant Microsoft to answer or otherwise plead.

WHEREFORE, Microsoft requests that the Court enter an order extending the time for it to answer or otherwise plead to March 24, 2008.

Dated:  March 10, 2008                                             Respectfully submitted,

/s/ Laura L. Kolb

Richard F. O'Malley, Jr.
Louis E. Fogel
Laura L. Kolb
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

*Attorneys for Microsoft Corporation*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the forgoing Motion for Extension of Time to Answer or Otherwise Plead was electronically filed with the Clerk of Court using the CM/ECF system, and served by email transmission upon each of the below attorneys for plaintiffs this 10th day of March, 2008:

Steven G. Lisa / SteveLisa@patentit.us
Jon E. Kappes / JonKappes@patentit.us
Law Offices of Steven G. Lisa, Ltd.
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
Tel. & Fax.: (312) 752-4357

Victoria Gruver Curtin / Victoria@vcurtin.com
Victoria Gruver Curtin, P.L.C.
14555 N. Scottsdale Road, Ste. 160
Scottsdale, Arizona 85254
Tel.: (480) 998-3547
Fax: (480) 948-3387

/s/ Laura L. Kolb