IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMBRIDGE TECHNOLOGY DEVELOPMENT, INC., | No. 1:07-cv-06511 |
| *Plaintiff*, | Judge Ronald A. Guzman |
| vs. | |
| MICROSOFT CORPORATION, | |
| *Defendant*. | |

**MOTION FOR ENTRY OF AGREED ORDER OF DISMISSAL**

Plaintiff Cambridge Technology Development, Inc. and Defendant Microsoft Corporation stipulate and consent, through their respective undersigned counsel, to respectfully request this Court dismiss this action with prejudice, including all claims and defenses with each party to bear its own costs and attorneys fees.

Dated: March 24, 2008

Respectfully submitted,

/s/Richard F. O'Malley, Jr.

Richard F. O'Malley, Jr.
  romalley@sidley.com
Louis E. Fogel / lfogel@sidley.com
Laura L. Kolb / lkolb@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Attorneys for Microsoft Corporation*

/s/Jon E. Kappes

Steven G. Lisa / SteveLisa@patentit.us
Jon E. Kappes / JonKappes@patentit.us
Law Offices of Steven G. Lisa, Ltd.
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
Tel. & Fax.: (312) 752-4357

Victoria Gruver Curtin / Victoria@vcurtin.com
Victoria Gruver Curtin, P.L.C.
14555 N. Scottsdale Road, Ste. 160
Scottsdale, Arizona 85254
Tel.: (480) 998-3547
Fax: (480) 948-3387

*Attorneys for Cambridge Technology Development, Inc.*