**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Cambridge Technology Development, Inc.

                           Plaintiff,

v.                                      Case No.: 1:07–cv–06511
                                      Honorable Ronald A. Guzman

Microsoft Corporation

                           Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 24, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman:Motion by Plaintiff Cambridge Technology Development, Inc. to dismiss with prejudice (AGREED)[25] is granted. It is hereby ordered that this action is dismissed with prejudice, including al claims and defenses with each party to bear its own costs and attorneys' fees. Civil case terminated. Any pending motions or schedules are stricken as moot. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.